UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **CARMEN TAVAREZ-VARGAS,** *individually, and on behalf of all others similarly situated*, | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 4/4/2022 |
| **Plaintiff,** | |
| -against- | 21-cv-9806 (ALC) |
| **COLLECTIBLES INSURANCE SERVICES, LLC,** | **ORDER** |
| **Defendants.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: April 4, 2022
New York, New York

*/s/ Andrew L. Carter*
**ANDREW L. CARTER, JR.**
**United States District Judge**